IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT ROE, an individual,

    Plaintiff,

v.

THE CITY OF MEDFORD, a municipal corporation,

    Defendant.

Case No. 1:16-cv-00277-CL

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R&R"), ECF No. 48, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Plaintiff timely filed objections to the R&R, ECF No. 50. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the R&R is correct. Magistrate Judge Clarke's R&R is adopted in full. Defendant's motion for summary judgment is therefore GRANTED.

    IT IS SO ORDERED.

    DATED this 30th day of November, 2017.

    /s/ Michael McShane  
    Michael J. McShane  
    United States District Judge